

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      Hector Cortez v. Veronica Garza Cortez

Appellate case number:   01-19-00296-CV

Trial court case number:  12-DCV-199184

Trial court:                    505th District Court of Fort Bend County

On April 19, 2020, appellant, Hector Cortez, filed a pro se motion to submit his appeal on the briefs, requesting that this Court "decide this case on the briefs and said case law, and to reverse the Trial Court Order on Child Custody Jurisdiction." On July 6, 2020, appellant filed a pro se motion to expedite submission of his appeal. Appellee, Veronica Garza Cortez, has not filed an appellee's brief. This appeal is not an accelerated appeal under Texas Rule of Appellate Procedure 28.1. *See* TEX. R. APP. P. 28.1.

Appellant's motions are **denied**. This appeal will be set for submission on the briefs in October. A notice with the official submission date will be sent at a later time.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☒ Acting individually      ☐ Acting for the Court

Date: August 18, 2020